IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| KEITH M. BAITY, | CV 17-175-M-DLC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| UNITED STATES POSTAL SERVICE, UNITED STATES JUSTICE DEPARTMENT, and UNITED STATES MARSHALS SERVICE, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED WITH PREJUDICE in accordance with the Court's Order filed this date.

Dated this 22nd day of May, 2018.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk